Case: **2:25−cv−02433**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Claxton, Charmiane G.**
Assign. Date : **4/21/2025**
Description: **Poindexter v. Unilever Manufacturing/Unilever Food Solution**